UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BMS (NEW YORK) CORPORATION
**Plaintiff**

-v-

and
IBRAHIMA DIENE,
**Defendant**

Case No.

08 civ 179 (LAK)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ~~Plaintiff~~ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

Date: January 9, 2008

Signature of Attorney
Amos Alter
Attorney Bar Code: 1042407

Form Rule7_1.pdf