```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BHS (NEW YORK) CORPORATION,

                Plaintiff,

      v.

IBRAHIMA DIENE,

                Defendant.
------------------------------------------------------------X

08 Civ. 00179 (LAK)

**ORDER**

      Upon the accompanying declaration with exhibits of Amos Alter, dated January 30, 2008; it appearing that plaintiff has been unable to serve defendant with the summons and complaint because he has moved from his last known address; and it further appearing that the Postal Service requires an Order of this Court to advise plaintiff of any forwarding address left by the defendant; it is

      ORDERED, that consistent with the law and rules governing the conduct of the United States Postal Service, the Postal Service shall advise plaintiff's counsel of any forwarding address left by Ibrahima Diene regarding his former residence at 204 10th Street, Apt. 514, Jersey City, NJ 07302.

Dated: New York, New York
       Feb 4, 2008

_____
Hon. Lewis A. Kaplan, U.S.D.J.

NEWYORK01 1267763v1 037492-000002