UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BHS (NEW YORK) CORPORATION,

                Plaintiff,

    v.

IBRAHIMA DIENE,

                Defendant.
------------------------------------------------------------X

: 08 Civ. 00179 (LAK)

: **SUMMONS WITH AFFIDAVIT OF SERVICE BY PUBLICATION**

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

BHS (NEW YORK) CORPORATION

        Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

IBRAHIMA DIENE

        Defendant.

08 CV 00179

TO: (Name and address of defendant)

Ibrahima Diene
204-514 10th Street
Jersey City, NJ  07302

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JAN 09 2008

J. MICHAEL McMAHON
CLERK

DATE

(BY) DEPUTY CLERK

STATE OF NEW JERSEY
COUNTY OF HUDSON

GAIETY CABALLERO being duly sworn, says she is a principal clerk and a duly authorized designee of Daily News, L.P., publisher of the 'DAILY NEWS,' a daily and Sunday newspaper published in the City of New York and that the notice, of which the annexed is a copy, was published in said newspaper and online within the section of:

LEGAL NOTICES of the
CITY NORTH Edition

On April 17, 24;
May 1 & 8, 2008

_____
(Representative's signature)
Authorized Designee of Daily News, L.P.,
Publisher of the Daily News

[Annexed notice:]

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK:
BHS (NEW YORK) CORPORATION, Plaintiff, v.
IBRAHIMA DIENE, Defendant.
SUMMONS IN A CIVIL CASE:
Case Number: 08 CV 00179
JUDGE KAPLAN.
To: Ibrahima Diene, 204-514 10th Street, Jersey City, NJ 07302:
YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY, Troutman Sanders LLP, The Chrysler Building, 405 Lexington Avenue, New York, NY 10174, an answer to the complaint which is herewith served upon you, within twenty days after the service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period after service.
J. MICHAEL McMAHON, Clerk, (by) Deputy Clerk (signed) Leticia Curtis.
Date: Jan. 09 2008.
NATURE OF ACTION: In this diversity action, plaintiff seeks to recover from defendant $508,814, with interest from December 31, 2005, under theories of conversion, breach of fiduciary duty, and breach of duty of good faith and loyalty as an employee.
TROUTMAN SANDERS LLP, Attorneys for Plaintiff, The Chrysler Building, 405 Lexington Avenue, New York, NY 10174, 212-704-6000.

Sworn to before me this
12 day of May 2008

_____
Public Notary

MICHELLE SWEENEY
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires May 10, 2011
I.D. No. 2275207