
**The New York Times**
620·8TH AVENUE • NEW YORK, NY 10018


SEC. C7  PG 2

## CERTIFICATION OF PUBLICATION

APR 2 1 2008
_____ 20 ____

I, Alice Wyber_____, in my capacity as a Principal Clerk of the Publisher of **The New York Times** a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** on the following date or dates, to wit on

_____

APR 2 0 2008
_____ 20 ____

_____ Alice Wyber

Approved:
*Maria Pannullo*

THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL



5407-FEB 05

# The New York Times

620 8TH AVENUE • NEW YORK, NY 10018

SEC. _NJ_ PG _7_

## CERTIFICATION OF PUBLICATION

~~JUN 0 5 2008~~ 20 _____

I, _Alice Weber_, in my capacity as a Principal Clerk of the Publisher of The New York Times a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on

APR 2 0 2008 _____ 20 _____

_Alice Weber_

Approved: _Maria Pannullo_

THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL



5407-FEB 05



# The New York Times
620 8TH AVENUE • NEW YORK, NY 10018


SEC. Cy PG 6

## CERTIFICATION OF PUBLICATION

MAY 0 1 2008 ___ 20 ___

I, Alice Weber, in my capacity as a Principal Clerk of the Publisher of The New York Times a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates to wit on

APR 2 7 2008 ___ 20 ___

Approved: Maria Pannullo

THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL

5407-FEB 05

# The New York Times
620 8TH AVENUE • NEW YORK, NY 10018

SEC. _NJ_ PG _23_



## CERTIFICATION OF PUBLICATION

_____MAY 0 1 2008_____ 20 ____

I, _Alice Weber_, in my capacity as a Principal Clerk of the Publisher of **The New York Times** a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** on the following date or dates, to wit on

_____APR 2 7 2008_____ 20 ____

_Alice Weber_

Approved: _Maria Pannullo_

THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL

5407-FEB 05

**NYT** **The New York Times**
620 8TH AVENUE • NEW YORK, NY 10018

SEC. Cy  PG 16



## CERTIFICATION OF PUBLICATION

MAY 0 5 2008 \_\_\_\_ 20 \_\_\_\_

I, Alice Weber, in my capacity as a Principal Clerk of the Publisher of The New York Times a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on

MAY 0 4 2008 \_\_\_\_ 20 \_\_\_\_

*Alice Weber*

Approved: *Maria Pannullo*

THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL

5407-FEB 06

# The New York Times
620 8TH AVENUE • NEW YORK, NY 10018


SEC. NJ  PG 12



## CERTIFICATION OF PUBLICATION

_____MAY 0 5 2008_____ 20 ____

I, _Alice Weber_____, in my capacity as a Principal Clerk of the Publisher of **The New York Times** a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** on the following date or dates, to wit on

_____MAY 0 4 2008_____ 20. ___

_Alice Weber_

Approved:

_Maria Pannullo_

THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL

5407-FEB 05

# The New York Times
620 8TH AVENUE • NEW YORK, NY 10018


SEC. C / PG 1



## CERTIFICATION OF PUBLICATION

_____JUN 0 5 2008_____ 20 ____

I, _Alice Weber_____, in my capacity as a Principal Clerk of the Publisher of **The New York Times** a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** on the following date or dates, to wit on

_____

MAY 1 1 2008 _____ 20 ____

_Alice Weber_ (signature)

Approved: _Maria Pannullo_ (signature)

THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL

5407-FEB 05

# The New York Times
620 8TH AVENUE • NEW YORK, NY 10018

SEC. NJ PG 6

## CERTIFICATION OF PUBLICATION

JUN 0 5 2008 ____ 20 ____

I, Alice Weber, in my capacity as a Principal Clerk of the Publisher of The New York Times a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on

MAY 1 1 2008 ____ 20 ____

*Alice Weber*

Approved: *Maria Pannullo*

THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL



5407-FEB 05