UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BHS (NEW YORK) CORPORATION,

                Plaintiff,

v.

IBRAHIMA DIENE,

                Defendant.
------------------------------------------------------------X

08 Civ. 00179 (LAK)

**MOTION TO DECLARE DEFAULT AND FOR REFERENCE**

    Upon the annexed Declaration with exhibits of Amos Alter, dated July 9, 2008, plaintiff moves for an Order declaring the defendant in default for failure to appear or answer, and referring the case to a Magistrate Judge for the purpose of conducting an inquest and entering judgment against defendant.

Dated: New York, New York
        July 9, 2008

                              TROUTMAN SANDERS LLP

                By: _____
                               Amos Alter
                               Attorneys for Plaintiff
                               The Chrysler Building
                               405 Lexington Avenue
                               New York, NY 10174
                               212-704-6000