UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BHS (NEW YORK) CORPORATION,

           Plaintiff,

-against-                          08 Civ. 0179 (LAK)

IBRAHIMA DIENE,

           Defendant.
------------------------------------x

ORDER

LEWIS A. KAPLAN, *District Judge.*

       On June 13, 2008, plaintiff's counsel submitted a letter requesting the entry of a default judgment. The Court declined to act on it, as it failed to comply with the applicable rules and so informed counsel. The matter now is before the Court on plaintiff's motion for a default judgment. Docket item 10.

       The procedure for obtaining a default judgment is spelled out in Federal Rule of Civil Procedure 55 and Rules 55.1 and 55.2 of the Local Rules of this Court. Regrettably, plaintiff's motion does not comply.

       Accordingly, the motion is denied without prejudice. As the matter now has been pending without progress for months, it will be dismissed for lack of prosecution unless plaintiff obtains a default judgment or other progress is made by September 23, 2008.

       SO ORDERED.

Dated:    September 9, 2008

                                                 Lewis A. Kaplan
                                             United States District Judge

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 9/9/08]